UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

INDICTMENT FOR CONSPIRACY TO COMMIT HEALTH CARE FRAUD,
HEALTH CARE FRAUD, AND FORFEITURE

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 10- 105-BAJ-DLD |
| VERSUS : | 18 U.S.C. § 1349 |
| : | 18 U.S.C. § 1347 |
| EMMANUEL M. KOMANDU : | 18 U.S.C. § 2 |
| a/k/a EMMANUEL MBANG : | 18 U.S.C. § 982 |
| DAHLIA V. KIRKPATRICK : | |

**THE GRAND JURY CHARGES**

### General Allegations

At all times relevant to this Indictment:

1. The Medicare Program ("Medicare") was a federal program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. The benefits available under Medicare are prescribed by statute and by federal regulations under the auspices of the United States Department of Health and Human Services ("HHS"), through its agency, the Centers for Medicare and Medicaid Services ("CMS"). Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries."

2. Medicare was a "health care benefit program," as defined by Title 18, United States Code, Section 24(b).

3. Part B of the Medicare Program was a medical insurance program that covered, among other things, certain durable medical equipment ("DME").



1

4. For Louisiana beneficiaries, Medicare Part B insurance covering DME and related health care benefits, items, and services was administered by Cigna Government Services ("Cigna"), pursuant to a contract with HHS. Among Cigna's responsibilities, it received, adjudicated, and paid the claims submitted to it by Medicare beneficiaries, physicians, or suppliers of health care items and services.

5. DME companies, physicians, and other health care providers that sought to participate in Medicare Part B and bill Medicare for the cost of DME and related benefits, items, and services were required to apply for and receive a "supplier number." The supplier number allowed a DME company to submit bills, known as "claims," to Medicare to obtain reimbursement for the cost of DME and related health care benefits, items, and services that a DME company had supplied to beneficiaries.

6. To receive payment from Medicare, a DME company, using its supplier number, would submit a health insurance claim form, known as a CMS-1500. Medicare permitted DME companies to submit a CMS-1500 electronically or by way of a paper claim form. The CMS-1500 required DME companies to provide certain information, including: (a) the Medicare beneficiary's name; (b) the Medicare beneficiary's identification number; (c) the name and identification number of the doctor who ordered the item or service that was the subject of the claim; (d) the health care benefits, items, or services that were supplied or provided to the beneficiary; (e) the billing codes for these benefits, items, or services; and (f) the date upon which the benefits, items, or services were provided.

7. Medicare, through Cigna, would generally pay a substantial portion of the cost of the DME or related health care benefits, items, and services if they were medically necessary and

ordered by licensed doctors or other licensed, qualified health care providers.

8. Payments under Medicare Part B were often made directly to the DME company. For this to occur, the beneficiary would assign the right of payment to the DME company or other health care provider. Once such an assignment took place, the DME company or other health care provider would assume the responsibility for submitting claims to, and receiving payments from, Medicare.

9. Alpha Medical Solutions, Inc. ("Alpha") was incorporated in the State of Louisiana on or about September 22, 2004, and was purportedly engaged in the business of providing DME to Medicare beneficiaries. Alpha had a Medicare provider number, and was eligible to receive payments from Medicare for DME supplied to beneficiaries, if the DME was medically necessary.

10. Defendant **EMMANUEL M. KOMANDU a/k/a EMMANUEL MBANG ("KOMANDU")** was a corporate officer for and operator of Alpha. **KOMANDU** obtained fraudulent prescriptions for the purpose of billing the Medicare program for medically unnecessary DME through Alpha and caused the submission of those claims to the Medicare program.

11. Defendant **DAHLIA V. KIRKPATRICK ("KIRKPATRICK")** was a doctor licensed by the State of Louisiana who wrote prescriptions ordering medically unnecessary DME for Medicare beneficiaries, for the purpose of having Alpha submit those claims to the Medicare program and receive payments from Medicare.

## COUNT 1
### Conspiracy to Commit Health Care Fraud
### (18 U.S.C. § 1349)

12. Paragraphs 1 through 11 of this Indictment are realleged and incorporated as though fully set forth herein.

3

13. Beginning on or about September 22, 2004, and continuing through on or about February 20, 2010, in the Middle District of Louisiana, and elsewhere, the defendants,

**EMMANUEL M. KOMANDU**
**a/k/a EMMANUEL MBANG**
**and**
**DAHLIA V. KIRKPATRICK,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others, known and unknown to the Grand Jury, to commit health care fraud, that is, to execute a scheme and artifice to defraud a health care benefit program affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit program, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347.

### Object of the Conspiracy

14. It was the object of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) submitting and causing the submission of false and fraudulent claims to Medicare; (b) concealing the submission of false and fraudulent claims to Medicare and the receipt and transfer of the proceeds of the fraud; and (c) diverting the proceeds of the fraud for their own personal use and benefit and for the use and benefit of others.

### Manner and Means of the Conspiracy

The manner and means by which the defendants and their co-conspirators sought to accomplish the object of the conspiracy included, among others, the following:

4

15. Defendant **KOMANDU** would maintain a valid Medicare group provider number for Alpha in order to submit Medicare claims for DME that were medically unnecessary.

16. Defendant **KIRKPATRICK** would provide prescriptions for medically unnecessary DME that would serve as the basis for Alpha to bill the Medicare program.

17. Defendant **KOMANDU** would obtain signature authority for a corporate bank account of Alpha, Bank One account number xxxxxx5470.

18. Beginning at least on or about September 22, 2004, and continuing through on or about February 20, 2010, defendants **KOMANDU** and **KIRKPATRICK,** and others, through Alpha, would submit and cause the submission of approximately $775,000 in Medicare claims that falsely and fraudulently represented that various health care benefits, items, and services were provided and medically necessary.

19. As a result of the submission of these fraudulent claims, defendant **KOMANDU** would receive Medicare payments made to Alpha based on the false and fraudulent claims. Those payments were deposited into the corporate bank account of Alpha, Bank One account number xxxxxx5470.

20. Defendant **KOMANDU** would then transfer and disburse, and cause to be transferred and disbursed, monies from Alpha's corporate account to himself and others.

### Overt Acts

In furtherance of the conspiracy, and to accomplish its object, the conspirators committed and caused to be committed, in the Middle District of Louisiana, the following overt acts, among others:

21. Beginning at least on or about September 22, 2004, and continuing through on or about February 20, 2010, defendants **KOMANDU** and **KIRKPATRICK,** and others, through

5

Case 3:10-cr-00105-BAJ-DLD   Document 1   07/15/10   Page 5 of 11

Alpha, would submit and cause the submission of approximately $775,000 in Medicare claims that falsely and fraudulently represented that various health care benefits, items, and services were provided and medically necessary.

The above is a violation of Title 18, United States Code, Sections 1349 and 2.

## COUNTS 2-7
### Health Care Fraud
### (18 U.S.C. § 1347)

22. Paragraphs 1 through 11 and 14 through 21 of this Indictment are realleged and incorporated, as factual allegations, as though fully set forth herein.

23. On or about the dates identified below, in the Middle District of Louisiana and elsewhere, the defendants, **EMMANUEL M. KOMANDU a/k/a EMMANUEL MBANG** and **DAHLIA V. KIRKPATRICK**, and others known and unknown to the grand jury, aided and abetted by each other, in connection with the delivery of and payment for health care benefits, items, and services, knowingly and willfully did execute and attempt to execute a scheme and artifice to defraud Medicare, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, Medicare, that is, on or about the dates identified below, **KOMANDU** and **KIRKPATRICK** caused false and fraudulent claims to be submitted to Medicare:

| Count | Claim Number | Medicare Beneficiary | Approx. Claim Date | Description of Services (Code) | Approx. Amount Billed |
|---|---|---|---|---|---|
| 2 | 07299723501000 | R.C. | 10/22/07 | Power wheelchair (K0824) | $4,759 |
| 3 | 07327753176000 | F.D. | 11/08/07 | Power wheelchair (K0824) | $4,759 |

6

| Count | Claim Number | Medicare Beneficiary | Approx. Claim Date | Description of Services (Code) | Approx. Amount Billed |
|---|---|---|---|---|---|
| 4 | 08038731689000 | H.D. | 01/27/08 | Power wheelchair (K0824) | $4,759 |
| 5 | 09124721515000 | L.B. | 05/01/09 | Spec Metabolic (B4154) and Enteral feeding supply kit (B4034) | $875 |
| 6 | 09124721526000 | B.B. | 05/01/09 | Spec Metabolic (B4154) and Enteral feeding supply kit (B4034) | $875 |
| 7 | 09149738182000 | D.B. | 05/18/09 | Spec Metabolic (B4154) and Enteral feeding supply kit (B4034) | $875 |

Each of the above is a violation of Title 18, United States Code, Sections 1347 and 2.

**Forfeiture Allegation**

24. Paragraphs 1 through 23 of this Indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest pursuant to the provisions of Title 18, United States Code, Section 982(a)(7) and the procedures outlined at Title 21, United States Code, Section 853.

25. Upon conviction of the Counts in this Indictment, defendants shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(7), any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense.

7

26. The property that is subject to forfeiture includes, but is not limited to, the following:

   a. A money judgment in the amount of up to the gross proceeds of the health care fraud offenses set forth in this Indictment; and

   b. All funds on deposit at Bank One, account number 0650455470, in the name of Alpha Medical Solutions, Inc.

27. If, as a result of any act or omission of the defendants, the property described above that is subject to forfeiture,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as made applicable by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Sections 982(a)(7) and 982(b) and the procedures outlined at Title 21, United States Code, Section 853.

UNITED STATES OF AMERICA, by

*[signature]*

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

*[signature]*

O. BENTON CURTIS III
TRIAL ATTORNEY
CRIMINAL FRAUD SECTION
DEPARTMENT OF JUSTICE

**A TRUE BILL**

*[signature]*

GRAND JURY FOREPERSON

7/15/10
DATE

| | Criminal Cover Sheet | | U.S. District Court |
|---|---|---|---|

**Place of Offense:** <u>Baton Rouge, LA</u>    **Matter to be sealed:**  ☐ No  ✔ <u>Yes</u>

City  <u>Baton Rouge, LA</u>    Related Case Information:

County/Parish <u>East Baton Rouge Parish</u>    Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ✔
Agencies: **Federal Bureau of Investigation**    Magistrate Case Number _____
**U.S. Dept. Of Health & Human Services-OIG/OI** Search Warrant Case No. _____
**Louisiana Attorney General's Office**    R 20/ R 40 from District of _____
Any Other Related Cases: _____

**Defendant Information:**

Defendant Name    <u>EMMANUEL M. KOMANDU</u>
Alias        <u>a/k/a EMMANUEL MBANG</u>
Address:
Birth date:        SS #:    Sex: **Male**    Race    Nationality

**U.S. Attorney Information:**

AUSA:    **DOJ Trial Attorney:   O. Benton Curtis**        Bar #  **21442 (TN)**


**Interpreter:** ✔ No ☐ Yes    List language and/or dialect: _____
**Location Status:**    **Baton Rouge, LA**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release


**Total # of Counts:**  <u>7</u>    ☐ Petty    ☐ Misdemeanor    ✔ Felony

|  | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count(s)</u> |
|---|---|---|---|
| set 1 | <u>18 U.S.C. § 1349</u> | <u>Conspiracy to Commit Health Care Fraud</u> | <u>1</u> |
| set 2 | <u>18 U.S.C. § 1347</u> | <u>Health Care Fraud</u> | <u>2, 3, 4, 5, 6, 7</u> |
| set 3 | <u>18 U.S.C. § 982</u> | <u>Forfeiture</u> | _____ |

Date: <u>07/15/10</u>    Signature of AUSA: _(signed) Ben Curtis_

District Court Case Number (To be filled in by deputy clerk): _____

|  |  |  |
|---|---|---|
| | Criminal Cover Sheet | U.S. District Court |

**Place of Offense:** <u>Baton Rouge, LA</u>     **Matter to be sealed:** ☐ No   ✔ Yes

City   <u>**Baton Rouge, LA**</u>    **Related Case Information:**

County/Parish <u>**East Baton Rouge Parish**</u>    Superseding Indictment _____ Docket Number _____
Same Defendant _____ **New Defendant** ✔

Agencies: **Federal Bureau of Investigation**   Magistrate Case Number _____
     **U.S. Dept. Of Health & Human Services-OIG/OI**   Search Warrant Case No. _____
     **Louisiana Attorney General's Office**   R 20/ R 40 from District of _____
     Any Other Related Cases: _____

**Defendant Information:**

Defendant Name   <u>**DAHLIA V. KIRKPATRICK**</u>
Alias
Address:
Birth date:    SS #:    Sex: **Female**    Race    Nationality

**U.S. Attorney Information:**

AUSA:    **DOJ Trial Attorney: O. Benton Curtis**    Bar # **21442 (TN)**

Interpreter: ✔ No ☐ Yes    List language and/or dialect: _____
Location Status:   **Baton Rouge, LA**

Arrest Date _____
_____ Already in Federal Custody as of _____
_____ Already in State Custody
_____ On Pretrial Release

Total # of Counts:   <u>7</u>    ☐ Petty    ☐ Misdemeanor    ✔ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| set 1 | 18 U.S.C. § 1349 | Conspiracy to Commit Health Care Fraud | 1 |
| set 2 | 18 U.S.C. § 1347 | Health Care Fraud | 2, 3, 4, 5, 6, 7 |
| set 3 | 18 U.S.C. § 982 | Forfeiture | |

Date: <u>07/15/10</u>    Signature of AUSA: _(signed)_

District Court Case Number (To be filled in by deputy clerk): _____